HENRY McGINTY, JR., v. THE STATE.

No. 19747. Delivered April 13, 1938.

The opinion states the case.

*A. H. Spann,* of Navasota, and *W. M. Stamford,* of Anderson, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, JUDGE.—Conviction is for a misdemeanor, punishment being assessed at a fine of $100.00 and confinement in jail for 50 days.

No judgment of conviction appears in the record. Under the circumstances, this Court is without jurisdiction.

The appeal is dismissed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.